157 A.3d 480

Martha J. COWDEN and Cary Dwayne Cowden, Petitioners

v.

SUNOCO PIPELINE, L.P., Respondent

No. 180 WAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.